UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-02340-SVW-DFM | Date | May 7, 2026 |
|---|---|---|---|
| Title | *Jiabin Zhang v. Markwayne Mullin et al* | | |

Present: The Honorable     STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     ORDER DENYING PETITIONER'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER [3]

Before the Court is Petitioner Jiabin Zhang's ex parte application for a temporary restraining order ("TRO"). ECF No. 3. The Central District of California's General Order No. 26-05 recently articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order or by expediting the briefing schedule." Thus, for the foregoing reasons, Petitioner's ex parte application is DENIED.

|  | : |
|---|---|
| Initials of Preparer | DTA |