JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JIABIN ZHANG,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-02340-SVW-DFM<br><br>JUDGMENT |

Considering the Joint Proposed Grant of Petition and Entry of Judgment (Dkt. 11), IT IS ADJUDGED that the unopposed Petition for Writ of Habeas Corpus is GRANTED. Respondents are ordered to release Petitioner from custody subject to the conditions in effect, if any, before his April 21, 2026 re-detention.

Date: May 20, 2026

_____
STEPHEN V. WILSON
United States District Judge